# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS, INDIANA

| | |
|---|---|
| LATASHA RICE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:21-cv-2623 |
| | ) |
| INDIANA UNIVERSITY HEALTH, INC. | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.; 28 U.S.C. §§ 1331 and 1343.

## PARTIES

2. Plaintiff is an African-American female who suffers from a disability and at all relevant times she resided in the Southern District of Indiana.

3. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

4. Plaintiff began working for the Defendant in May of 2019.

5. Plaintiff performed her job well.

6. Plaintiff suffers from a disability.

7. Plaintiff has never been written-up or received a corrective action while working for the Defendant.

8. On July 15, 2021, Plaintiff submitted her requests for FMLA to the Defendant and requested a short leave of absence.

9. Shortly thereafter, Plaintiff was notified by her team leads and supervision that they received notice of her submission of her FMLA request from the Defendant and discussed her leave of absence return date.

10. On July 27, 2021, Plaintiff was terminated allegedly for insubordination and no-call no-shows.

11. Plaintiff was never insubordinate or no-call no-showed.

12. Plaintiff was terminated due to her exercising her FMLA rights.

13. Defendant interfered with Plaintiff's FMLA rights.

14. Defendant retaliated against Plaintiff for engaging in protected activity.

## COUNT I

15. Plaintiff incorporates by reference paragraphs 1 -14.

16. Defendant, as a result of interfering with Plaintiff's FMLA rights, violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

## COUNT II

17. Plaintiff incorporates by reference paragraphs 1 – 14.

18. Defendant, as a result of terminating Plaintiff, violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

## COUNT III

19. Plaintiff incorporates by reference paragraphs 1 - 14.

20. Defendant, as a result of retaliating against Plaintiff, violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff her cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law

8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416